U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GREGORY LYNN BAILEY** | **CIVIL ACTION NO. 07-0391** |
| **VS.** | **SECTION P** |
| **JUDGE ROBERT G. JAMES, ET AL.** | **JUDGE WALTER** |
| | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted and for seeking monetary damages against defendants who are immune from such relief, all pursuant to pursuant to the provisions of 28 U.S.C.1915(e)(2);

**IT IS FURTHER ORDERED** that plaintiff's claims concerning blood testing and his "Motion for Medical" [doc. 5] be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ___ day of _____, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE